FILED

JUL 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Tenth Floor
5  San Francisco, California 94102
   Telephone:      (415) 436-6909
6  Facsimile:       (415) 436-6748
   Email: jonathan.lee@usdoj.gov
7
                  UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO DIVISION
10
   BRENT SELLICK,                    )   No. C 05-2896 MHP
11                                    )
          Plaintiff,                  )
12                                    )   PROPOSED ORDER GRANTING
      v.                              )   MOTION TO DISMISS
13                                    )   Date:   Monday, August 14, 2006  no hearing
   DEFENSE LOGISTICS AGENCY,          )   Time:   2:00 p.m.
14                                    )   Place:  Courtroom 15, 18th Floor
          Defendant.                  )           450 Golden Gate Avenue
15                                    )           San Francisco, CA
                                      )   Judge:  Hon. Marilyn Hall Patel
16  _____ )
17
18
          For good cause shown, the Court hereby grants the motion and dismisses this action.  The
19
   Court finds that this motion is appropriate for disposition without a hearing, as permitted under
20
   the Local Rules.
21
          SO ORDERED.
22
23
   Dated: July 13, 2006                         _____
24
                                                Hon. MARILYN HALL PATEL
25                                              United States District Judge
26
27
28

ORDER ON MOTION TO DISMISS
C 05-3280 MHP                              -1-.